IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Stone, Demarlow

Printed: 12/10/08

Case Number: 08 B 21173
Judge: Wedoff, Eugene R
Filed: 8/13/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 30, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Capital One Auto Finance | Secured | 18,818.00 | 0.00 |
| 2. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 251.00 | 0.00 |
| 4. | Capital One Auto Finance | Unsecured | 112.46 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 93.60 | 0.00 |
| 6. | America's Financial Choice Inc | Unsecured | 26.71 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 48.21 | 0.00 |
| 8. | Bank Of America | Unsecured |  | No Claim Filed |
| 9. | Chase Bank | Unsecured |  | No Claim Filed |
| 10. | Citibank | Unsecured |  | No Claim Filed |
| 11. | I C Systems Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 19,374.98 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
|  | $ 0.00 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Stone, Demarlow | Case Number: 08 B 21173 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/10/08 | Filed: 8/13/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

